# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BREANNA DALY,

               Plaintiff,

vs.

WALMART, INC., *et al.*,

               Defendants.

2:18-cv-02092-GMN-CWH

**ORDER**

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for January 17, 2019, is VACATED and RESCHEDULED to 10:00 AM, February 14, 2019. The confidential statement is due by 4:00 PM, February 7, 2019. All else as stated in the Order scheduling the ENE (ECF NO. 10) remains unchanged.

DATED this 17th day of December, 2018.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE