# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BREANNA DALY,

    Plaintiff,

vs.

WALMART, INC., *et al.*,

    Defendants.

2:18-CV-02092-GMN-CWH

**ORDER**

Before the court is Plaintiff's Notice of Withdrawal of Plaintiff's Request for Exception to In-Person Attendance of Attorney Daniel R. Watkins at Early Neutral Evaluation Session (ECF No 19).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Notice of Withdrawal of Plaintiff's Request for Exception to In-Person Attendance of Attorney Daniel R. Watkins at Early Neutral Evaluation Session (ECF No 19) is GRANTED.

IT IS FURTHER ORDERED that the in chambers telephonic hearing on Plaintiff's Request for Exception to In-Person Attendance of Attorney Daniel R. Watkins at Early Neutral Evaluation Session (ECF No. 17) scheduled for 1:30 PM, February 7, 2019, is VACATED.

DATED this 6th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE