Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
WALMART INC. and
WAL-MART STORES EAST, LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BREANNA DALY,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation; WAL-MART STORES EAST, LP, a foreign corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02092-GMN-DJA<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS WALMART, INC. AND WAL-MART STORES EAST, LP AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Breanna Daly ("Plaintiff") and Defendants Walmart, Inc. and Wal-Mart Stores East, LP ("Defendants") through their respective counsel, that Plaintiff's Complaint filed against Defendants shall be dismissed with prejudice, pursuant to FRCP 41(a)(2). Plaintiff and Defendants shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated: October 28, 2019 | Dated: October 28, 2019 |
| WATKINS & LETOFSKY, LLP | PAYNE & FEARS LLP |
| By:   */s/ Theresa M. Santos*<br>    Daniel R. Watkins, NV Bar. No. 11881<br>    Theresa M. Santos, NV Bar. No. 9448<br>    8215 S. Eastern Ave., Ste. 265<br>    Las Vegas, NV 89123<br>    Telephone: (702) 901-7553<br>    *Attorneys for Plaintiff Breanna Daly* | By:   */s/ Sarah J. Odia*<br>    Sarah J. Odia, NV Bar. No. 11053<br>    6385 S. Rainbow Blvd., Suite 220<br>    Las Vegas, Nevada 89118<br>    Telephone: (702) 851-0300<br>    *Attorneys for Defendants Walmart, Inc. and Wal-Mart Stores East, LP* |

**ORDER**

IT IS SO ORDERED that Plaintiff's Complaint, in the instant action, is dismissed with prejudice against Defendants Walmart, Inc. and Wal-Mart Stores East, LP. Plaintiff and Defendants shall bear their own attorneys' fees and costs.

Dated this 29 day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court